

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JJD
F. #2020R00632

*610 Federal Plaza*
*Central Islip, New York 11722*

April 4, 2022

<u>By Hand and ECF</u>
The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
920 Federal Plaza
Central Islip, New York 11722

      Re:    United States v. Henriquez, et al.
              <u>Criminal Docket No. 20-577 (JMA)</u>

Dear Judge Azrack:

      The government respectfully submits this letter in response to a March 28, 2022 order from the Court directing the government to provide a status update in the above-referenced matter.

      As the Court is aware, on January 14, 2021, an indictment was unsealed in the Eastern District of New York charging 14 of the world's highest-ranking leaders of La Mara Salvatrucha, also known as the "MS-13," who are known as the *Ranfla Nacional* and operate as the transnational criminal organization's Board of Directors. Over the past two decades, the *Ranfla Nacional* have directed MS-13's violence and criminal activity in El Salvador, the United States, Mexico and elsewhere, including within the Eastern District of New York. The indictment, which was the result of an investigation spearheaded by the Department of Justice's Joint Task Force Vulcan, charges the *Ranfla Nacional* defendants with Conspiracy to Provide and Conceal Material Support to Terrorists, Conspiracy to Commit Acts of Terrorism Transcending National Boundaries, Conspiracy to Finance Terrorism, and Narco-Terrorism Conspiracy in connection with the defendants' leadership of MS-13.

      At the time the indictment was unsealed, three defendants, HUGO ARMANDO QUINTEROS-MINEROS, also known as "Flaco de Francis," FREDY IVAN JANDRES-PARADA, also known as "Lucky de Park View" and "Lacky de Park View," and CESAR HUMBERTO LOPEZ-LARIOS, also known as "El Grenas de Stoners" and "Oso de Stoners," were fugitives. QUINTEROS-MINEROS was arrested in El Salvador, on or about March 2, 2021. JANDRES-PARADA and LOPEZ-LARIOS, who still are fugitives with active INTERPOL Red Notices, are being sought by law enforcement authorities. Copies of the FBI's publicly-issued wanted posters are attached hereto as Exhibits.

Pursuant to the Treaty of Extradition between the United States of America and El Salvador, signed in San Salvador on April 18, 1911, the United States is requesting that the Government of El Salvador ("GOES") extradite QUINTEROS-MINEROS and the eleven other *Ranfla Nacional* defendants, who are (or, as set forth below, were) in its custody, BORROMEO ENRIQUE HENRIQUEZ, also known as "Diablito de Hollywood," ELMER CANALES-RIVERA, also known as "Crook de Hollywood," EFRAIN CORTEZ, also known as "Tigre de Park View" and "Viejo Tigre de Park View," RICARDO ALBERTO DIAZ, also known as "Rata de Leewards" and "Mousey de Leewards," EDUARDO ERAZO-NOLASCO, also known as "Colocho de Western" and "Mustage de Western," EDSON SACHARY EUFEMIA, also known as "Speedy de Park View," JOSE FERNANDEZ FLORES-CUBAS, also known as "Cola de Western," LEONEL ALEXANDER LEONARDO, also known as "El Necio de San Cocos," JOSE LUIS MENDOZA-FIGUEROA, also known as "Pavas de 7-11" and "Viejo Pavas de 7-11," SAUL ANTONIO TURCIOS, also known as "Trece de Teclas," and ARISTIDES DIONISIO UMANZOR, also known as "Sirra de Teclas." Formal extradition packages were submitted for all of the aforementioned defendants in 2021, with the exception of TURCIOS, whose extradition affidavits were signed by a United States Magistrate Judge, on March 24, 2022, and will be submitted to the GOES as soon as possible. To date, the El Salvador Supreme Court has not ruled on the eleven formal extradition requests for the *Ranfla Nacional* defendants.

While, as set forth above, twelve of the *Ranfla Nacional* defendants were in El Salvador's custody at one point, the government further updates the Court that numerous media outlets in El Salvador and other sources of information have reported that the GOES released four of the indicted defendants, CANALES-RIVERA, QUINTEROS-MINEROS, CORTEZ, and ERAZO-NOLASCO, notwithstanding that INTERPOL Red Notices were lodged and the United States submitted formal extradition requests, which remain pending. See, e.g., "Gang Members Requested by the US Released from Prison," Insight Crime | With Contributions from La Prensa Grafica, March 31, 2022, https://www.laprensagrafica.com/Pandilleros-solicitados-por-EUA-salieron-de-la-prision---l202203310002.html; "The United States Asks the Supreme Court for an Explanation for the Alleged Release of the Gang Member 'Cruck' [sic]," ElSalvador.com, March 20, 2022, https://www.elsalvador.com/noticias/nacional/estados-unidos-pide-explicacion-supuesta-liberacion-pandillero/938599/2022/; "Is El Salvador Protecting MS-13 from Extradition," El Faro, March 18, 2022, https://elfaro.net/en/202203/el_salvador/26078/Is-El-Salvador-Protecting-MS-13-from-Extradition.htm; "The US Suspects that 'Crook' was Released Despite Having an Extradition Request and Interpol Alert," El Faro, March 17, 2022, https://elfaro.net/es/202203/el_salvador/26075/EEUU-sospecha-que-Crook-fue-liberado-pese-a-tener-solicitud-de-extradici%C3%B3n-y-alerta-de-Interpol.htm; and "Extraditable MS-13 Ringleader Walks Free from Maximum Security," La Prensa Grafica, December 3, 2021, https://www.laprensagrafica.com/elsalvador/Cabecilla-MS-13-extraditable-sale-libre-de-maxima-seguridad-20211203-0050.html. Some of those articles also report that the United States Embassy in El Salvador submitted a diplomatic note to the GOES requesting a status update regarding the CANALES-RIVERA extradition and assurances that he was still being held in custody on the INTERPOL Red Notice and extradition request.

In sum, the government is actively working to locate the fugitive defendants and extradite all of the *Ranfla Nacional* defendants to the Eastern District of New York to face justice. If there are further updates regarding the status of this prosecution, the government will update the Court accordingly.

Respectfully submitted,

BREON PEACE
United States Attorney

By: _____
John J. Durham
James Donnelly
Assistant U.S. Attorneys
(631) 715-7851/(973) 297-2089

Exhibits

# **<u>EXHIBITS</u>**



# FREDDY IVAN JANDRES-PARADA

**Conspiracy to Provide and Conceal Material Support and Resources to Terrorists; Conspiracy to Commit Acts of Terrorism Transcending National Boundaries; Conspiracy to Finance Terrorism; Narco-Terrorism Conspiracy**

  

Photograph taken in 2018

## DESCRIPTION

| | |
|---|---|
| **Alias:** "Lacky de Park View", "Lucky de Park View" | |
| **Date(s) of Birth Used:** December 2, 1975 | **Place of Birth:** Jiquilisco, Usulutan, El Salvador |
| **Hair:** Brown | **Eyes:** Brown |
| **Height:** 6'0" | **Weight:** 180 pounds |
| **Sex:** Male | **Race:** White (Hispanic) |
| **Nationality:** Salvadoran | **Languages:** Spanish |
| **Scars and Marks:** Jandres-Parada has numerous tattoos throughout his entire body. | |

## REWARD

**The FBI is offering a reward of up to $10,000 for information leading to the arrest of Freddy Ivan Jandres-Parada. Additional reward money may be available.**

## REMARKS

Jandres-Parada has ties to Mexico.

## CAUTION

Freddy Ivan Jandres-Parada is wanted for his alleged involvement in the direction of MS-13 activity in the United States, Mexico, and El Salvador. He is alleged to be among the most senior leaders of MS-13 worldwide. Jandres-Parada has been charged with several terrorism offenses for his alleged role in ordering numerous acts of violence against civilians, law enforcement, and rival gang members, as well as drug distribution and extortion schemes worldwide. A federal arrest warrant was issued for Jandres-Parada in the United States District Court, Eastern District of New York, on December 16, 2020, after he was charged with Conspiracy to Provide and Conceal Material Support and Resources to Terrorists, Conspiracy to Commit Acts of Terrorism Transcending National Boundaries, Conspiracy to Finance Terrorism, and Narco-Terrorism Conspiracy. This case is being investigated as part of Joint Task Force Vulcan.

### SHOULD BE CONSIDERED ARMED AND DANGEROUS

**If you have any information concerning this person, please contact the FBI's Toll-Free Tipline at 1-866-STP-MS13 (1-866-787-6713), your local FBI office, or the nearest American Embassy or Consulate.**

www.fbi.gov



# WANTED BY THE FBI

# CESAR HUMBERTO LOPEZ-LARIOS

**Conspiracy to Provide and Conceal Material Support and Resources to Terrorists; Conspiracy to Commit Acts of Terrorism Transcending National Boundaries; Conspiracy to Finance Terrorism; Narco-Terrorism Conspiracy**



Photograph taken in 2017



Photograph taken in 2020



## DESCRIPTION

| | |
|---|---|
| **Aliases:** "El Grenas de Stoners", "Oso de Stoners" | |
| **Date(s) of Birth Used:** November 27, 1978 | **Place of Birth:** Santa Ana, Santa Ana, El Salvador |
| **Hair:** Brown | **Eyes:** Brown |
| **Height:** 5'8" | **Weight:** 240 pounds |
| **Sex:** Male | **Race:** White (Hispanic) |
| **Nationality:** Salvadoran | **Languages:** Spanish |
| **Scars and Marks:** Lopez-Larios has numerous tattoos throughout his entire body. | |

## REWARD

**The FBI is offering a reward of up to $10,000 for information leading to the arrest of Cesar Humberto Lopez-Larios. Additional reward money may be available.**

## REMARKS

Lopez-Larios has ties to North Hollywood, California, Mexico, and El Salvador.

## CAUTION

Cesar Humberto Lopez-Larios is wanted for his alleged involvement in the direction of MS-13 activity in the United States, Mexico, and El Salvador. He is alleged to be among the most senior leaders of MS-13 worldwide. Lopez-Larios has been charged with several terrorism offenses for his alleged role in ordering numerous acts of violence against civilians, law enforcement, and rival gang members, as well as drug distribution and extortion schemes worldwide. A federal arrest warrant was issued for Lopez-Larios in the United States District Court, Eastern District of New York, on December 16, 2020, after he was charged with Conspiracy to Provide and Conceal Material Support and Resources to Terrorists, Conspiracy to Commit Acts of Terrorism Transcending National Boundaries, Conspiracy to Finance Terrorism, and Narco-Terrorism Conspiracy. This case is being investigated as part of Joint Task Force Vulcan.

### SHOULD BE CONSIDERED ARMED AND DANGEROUS

**If you have any information concerning this person, please contact the FBI's Toll-Free Tipline at 1-866-STP-MS13 (1-866-787-6713), your local FBI office, or the nearest American Embassy or Consulate.**

www.fbi.gov