BEFORE:  JOAN M. AZRACK   DATE: 4/17/2024
UNITED STATES DISTRICT JUDGE   TIME: 11:30 AM (15 Mins.)

# CRIMINAL CAUSE FOR STATUS CONFERENCE

**DOCKET NO.  20-cr-00577 (JMA)**

**FILED CLERK**
1:05 pm, Apr 17, 2024
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**DEFENDANT: Elmer Canales-Rivera          DEF. #: 2**
☒ Present   ☐ Not present   ☒ Custody   ☐ Bail
**DEFENSE COUNSEL: Elizabeth Macedonio, Michael Marinaccio**
☐ Federal Defender   ☒ CJA   ☐ Retained

**AUSA:  John Durham**

INTERPRETER: Maya Gray (Spanish)

PRETRIAL:

COURT REPORTER: Marie Foley          COURTROOM DEPUTY: LMP

☒ Case Called.          ☒ Counsel present for all sides.
☐ All parties consent to today's conference proceeding by telephone.
☐ Initial Appearance and Arraignment held.
☐ Defendant waives public reading of the Indictment and enters a plea of not guilty.
☒ Waiver of speedy trial time entered; from 4/17/2024 through 7/9/2024.
☐ Order setting conditions of release and bond entered.
☐ Permanent order of detention entered.
☐ Temporary order of detention entered.
  ☐ Detention hearing scheduled for   .
☐ Bail hearing held.  Disposition:
☒ A further status conference is scheduled for 7/9/2024 at 12:00 PM before Judge Azrack in Courtroom 920 of the Long Island Courthouse.

Defendant   ☐ Remains on Bond   ☒ Remains in Custody.

OTHER: Case is designated complex for speedy trial purposes.