BEFORE: STEVEN L. TISCIONE                          DATE: 4/19/24
UNITED STATES MAGISTRATE JUDGE                      TIME: 12:30 PM

## CRIMINAL CAUSE FOR ARRAIGNMENT

**DOCKET No. 20-CR-577**

**DEFENDANT: Fredy Ivan Jandres-Parada**              **DEF. # 8**
☒ Present    ☐ Not Present        ☒ Custody   ☐ Bail/Surrender

**DEFENSE COUNSEL**: **James Branden**
☐    Federal Defender        ☒ CJA        ☐    Retained

**A.U.S.A.**: **John Durham**

INTERPRETER:  Maya Gray (Spanish)

PROBATION OFFICER/PRETRIAL:

COURT REPORTER / FTR LOG: 12:46 PM – 1:02 PM    MAGISTRATE DEPUTY: AMZ

☒    Case called      ☒    Counsel for all sides present

☒  Arraignment on the Indictment

☒  Defendant enters a plea of Not Guilty to all counts of indictment

☒   Waiver of Speedy Trial executed; time excluded from, April 19, 2024 through July 9, 2024

☐   Order Setting Conditions of Release and Bond continued.

☒   Permanent Order of Detention entered with leave to re-open.

☐   Temporary Order of Detention entered.

☐    Detention Hearing scheduled for:

☐   Bail Hearing held.  Disposition:

☒   Next Court appearance scheduled for July 9, 2024 at 12:00 pm before Judge Azrack in

person.

Defendant  ☐  Remains on Bond;  ☒   Remains in Custody.

OTHER: Defendant waived a public reading of the Indictment.  Rule 5(f) Order read.  No bail package presented.  Defendant remains in custody. Defendant waived notification to Consulate of El Salvador regarding arrest and Indictment. Defense moved for order directing correctional facility to render various medical treatments for alleged medical conditions. Government moved for medical evaluation to determine Defendant's medical needs, and will confer with defense counsel and the correctional facility to facilitate the rendering of any treatment determined to be

1

necessary during such evaluation. The Court granted the Government's motion directing the Metropolitan Detention Center to conduct medical evaluation and will issue Order forthwith.