BEFORE: STEVEN L. TISCIONE                    DATE: 7/19/24
UNITED STATES MAGISTRATE JUDGE               TIME: 2:30 PM

## CRIMINAL CAUSE FOR ARRAIGNMENT

**DOCKET No. 20-CR-577**

**DEFENDANT: CESAR HUMBERTO LOPEZ-LARIOS**                    **DEF. # 10**
☒ Present    ☐ Not Present       ☒ Custody  ☐ Bail/Surrender

**DEFENSE COUNSEL**: **Jeffrey Pittell**
☐    Federal Defender    ☒  CJA    ☐    Retained

**A.U.S.A.**: **John Durham**

INTERPRETER:  Maya Gray (Spanish)

PROBATION OFFICER / PRETRIAL: Marnie Gerardino

COURT REPORTER / FTR LOG: 3:09 PM – 3:19 PM      MAGISTRATE DEPUTY: MJG

☒    Case called    ☒    Counsel for all sides present

☒    Arraignment on the Indictment

☒    Defendant enters a plea of Not Guilty to all counts of indictment

☒    Waiver of Speedy Trial executed; time excluded from, July 19, 2024 through September 11, 2024

☐    Order Setting Conditions of Release and Bond continued.

☒    Permanent Order of Detention entered with leave to re-open.

☐    Temporary Order of Detention entered.

        ☐    Detention Hearing scheduled for:

☐    Bail Hearing held.  Disposition:

☒    Next Court appearance scheduled for September 11, 2024 at 12:30 PM before Judge Azrack in person.

Defendant ☐    Remains on Bond;  ☒    Remains in Custody.

OTHER: Court informed Defendant of his rights.  Defendant waived a public reading of the Indictment.  No bail package presented.  Defendant remains in custody.  Defendant waived notification to Consulate of El Salvador regarding arrest and Indictment.

1