# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

*Reply To:*  
**42-40 Bell Blvd, Suite 302**  
**Bayside, New York 11361**  
**Tel (516) 829-2299**  
*jp@jpittell.com*

*Long Island Office*  
**10 Bond St, Suite 389**  
**Great Neck, New York 11021**  
**Tel (516) 829-2299**  
*jp@jpittell.com*

September 11, 2024

Hon. Joan M. Azrack  
U.S. District Court - Eastern District of New York  
100 Federal Plaza  
Central Islip, NY 11722

Re:   *U.S. v. Henriquez, et, al.,* 20 cr 577 (JMA)

Dear Judge Azrack:

I am counsel for Cesar Humberto Lopez-Larios, a defendant in the above referenced matter.

Currently, the case is scheduled for a status conference on September 11, 2024. It is my understanding that counsel for the two co-defendants have submitting motions requesting the conference be adjourned and that their applications have been granted. Accordingly, please accept this letter in lieu of a formal motion joining in the motions of the co-defendants.

It is my understanding the Government does not oppose this request.

If this application is granted, I consent to an exclusion of time under the Speedy Trial Act from September 11, 2024 until the adjourn date.

Wherefore, I respectfully request this application be granted.

Respectfully submitted,  
/s/  
Jeffrey G. Pittell

cc: All counsel of record (by ECF)