| | |
|---|---|
| **BEFORE: JOAN M. AZRACK** | **DATE:** 11/13/2024 |
| **UNITED STATES DISTRICT JUDGE** | **TIME:** 12:00 PM (20 Mins.) |

## CRIMINAL CAUSE FOR STATUS CONFERENCE

**DOCKET NO. 20-cr-00577 (JMA)**

**FILED CLERK**
11/13/2024 3:14 pm
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**DEFENDANT:** Cesar Lopez-Larios        **DEF. #: 10**
☒ Present    ☐ Not present    ☒ Custody    ☐ Bail
**DEFENSE COUNSEL:** Jeffrey Pittell
☐ Federal Defender    ☒ CJA    ☐ Retained

**AUSA:** Justina Geraci

INTERPRETER: Guadalupe Alvarez (Spanish)

PRETRIAL:

COURT REPORTER: Marie Foley        COURTROOM DEPUTY: LMP

☒ Case Called.        ☒ Counsel present for all sides.
☐ All parties consent to today's conference proceeding by telephone.
☐ Initial Appearance and Arraignment held.
☐ Defendant waives public reading of the Indictment and enters a plea of not guilty.
☒ Waiver of speedy trial time entered; from 11/13/2024 through 1/15/2025.
☐ Order setting conditions of release and bond entered.
☐ Permanent order of detention entered.
☐ Temporary order of detention entered.
    ☐ Detention hearing scheduled for __.
☐ Bail hearing held. Disposition:
☒ A further status conference is scheduled for 1/15/2025 at 1:00 PM before Judge Azrack in Courtroom 920 of the Long Island Courthouse.

Defendant    ☐ Remains on Bond    ☒ Remains in Custody.

OTHER: Government to report to the Court by 11/20/2024 on the issues of confinement defense counsel has raised.