UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                  20-CR-577 (JMA)

BORROMEO ENRIQUE HENRIQUEZ, et al.,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that Assistant United States Attorney Paul G. Scotti from this point forward will be added as counsel in the above-captioned matter.

        All future correspondence to the United States in the above-captioned matter should be sent to:

        Assistant U.S. Attorney Paul G. Scotti
        United States Attorney's Office (Criminal Division)
        610 Federal Plaza
        Central Islip, New York 11722
        Tel:  (631) 715-7836
        Email: Paul.Scotti@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Paul G. Scotti at the email address set forth above.

Dated:    Central Islip, New York
          November 14, 2024

                                        Respectfully submitted,

                                        BREON PEACE
                                        United States Attorney

                              By:    /s/ Paul G. Scotti
                                     Paul G. Scotti
                                     Assistant U.S. Attorney

cc:    Clerk of the Court (JMA)