The Law Office of James M. Branden
80 Bay Street Landing, Suite 7J
Staten Island, New York 10176
Tel. 212-286-0173
Fax 212-286-0495

January 14, 2025

Hon. Joan M. Azrack
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

    Re:  United States v. Henriquez, et al. (Fredy Ivan Jandres-Parada), Cr. Docket No. 20-577 (JMA)

Dear Judge Azrack:

    I represent Mr. Jandres-Parada in the above referenced matter. A status conference is scheduled for tomorrow, January 15, 2025. I write to request an adjournment of the conference until a date during the week of March 17, 2025 that is convenient to the Court. I am still reviewing discovery and the government has advised that it expects to make additional discovery productions within the week. Additionally, the parties continue to engage in discussions that may lead to a voluntary resolution of the matter and, as such, the parties are not seeking a motions or trial schedule. I make this request with the consent of Mr. Jandres-Parada and the government, and I consent to the exclusion of time under the Speedy Trial Act until the next scheduled status conference.

Respectfully submitted,

James M. Branden