BEFORE: JOAN M. AZRACK  DATE: 1/15/2025
UNITED STATES DISTRICT JUDGE  TIME: 12:45 PM (20 Mins.)

## CRIMINAL CAUSE FOR STATUS CONFERENCE

**DOCKET NO. 20-cr-00577 (JMA)**

FILED
CLERK
1/15/2025 2:15 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**DEFENDANT: Cesar Lopez-Larios**   **DEF. #: 10**
☒ Present   ☐ Not present   ☒ Custody   ☐ Bail
**DEFENSE COUNSEL: Jeffrey Pittell**
☐ Federal Defender   ☒ CJA   ☐ Retained

**AUSA:** Justina Geraci

INTERPRETER: Guadalupe Alvarez (Spanish)

PRETRIAL:

COURT REPORTER: Lisa Schmid   COURTROOM DEPUTY: LMP

☒ Case Called.   ☒ Counsel present for all sides.
☐ All parties consent to today's conference proceeding by telephone.
☐ Initial Appearance and Arraignment held.
☐ Defendant waives public reading of the Indictment and enters a plea of not guilty.
☒ Waiver of speedy trial time entered; from 1/15/2025 through 3/13/2025.
☐ Order setting conditions of release and bond entered.
☐ Permanent order of detention entered.
☐ Temporary order of detention entered.
　　☐ Detention hearing scheduled for ＿.
☐ Bail hearing held. Disposition:
☒ A further status conference is scheduled for 3/13/2025 at 11:00 AM before Judge Azrack in Courtroom 920 of the Long Island Courthouse.

Defendant   ☐ Remains on Bond   ☒ Remains in Custody.

OTHER: The government should respond to the defendant's concerns by 1/22/2025. If the housing issues cannot be resolved this issue will be referred to a Magistrate Judge to hold a hearing with an MDC representative present, if necessary.