**TO: Clerk's Office**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**APPLICATION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**

******************************************
USA

-v-

20-cr-577
Docket Number

******************************************

SUBMITTED BY: Plaintiff ☐ Defendant ☐ DOJ ☐
Name:
Firm Name:
Address:

Phone Number:
E-Mail Address:

INDICATE UPON THE PUBLIC DOCKET SHEET: YES ☐ NO ☑
**If yes, state description of document to be entered on docket sheet:**

**A) If pursuant to a prior Court Order:**
Docket Number of Case in Which Entered:
Judge/Magistrate Judge:
Date Entered:

**B) If a new application,** the statute, regulation, or other legal basis that authorizes filing under seal

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.**

DATED: 03/11/0205 , NEW YORK

/s/ JMA

**U.S. DISTRICT JUDGE/U.S. MAGISTRATE JUDGE**

RECEIVED IN CLERK'S OFFICE
DATE

**MANDATORY CERTIFICATION OF SERVICE**:
**A.)** ☐ A copy of this application either has been or will be promptly served upon all parties to this action, **B.)** ☐ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation: ☐; or **C.)** ☐ This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

DATE

SIGNATURE