UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

\- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

\- against -

CESAR LOPEZ-LARIOS,

Defendant.

\- - - - - - - - - - - - - - - - X

ORDER

Docket No. 20-CR-577 (JMA)

Upon the application of John J. Durham, United States Attorney for the Eastern District of New York, it is hereby ORDERED that the underlying indictment, Criminal Docket No. 20-577, ECF Docket No. 1, be dismissed without prejudice, with respect to the above-referenced defendant only.

Dated: Brooklyn, New York
March 11, 2025

/s/ Joan M. Azrack

HONORABLE JOAN M. AZRACK
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK