CJA 30 DEATH PENALTY PROCEEDINGS: APPOINTMENT OF AND AUTHORITY TO PAY COURT-APPOINTED COUNSEL (Rev. 02/12)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED<br>Cesar Humberto Lopez-Larios | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>20-cr-577 | | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF *(Case Name)*<br>USA v. Henriquez et al | 8. TYPE PERSON REPRESENTED<br>☒ Adult Defendant ☐ Appellee<br>☐ Habeas Petitioner ☐ Other *(Specify)*<br>☐ Appellant | | 9. REPRESENTATION TYPE<br>☐ D1 28 U.S.C. § 2254 Habeas (Capital) ☐ D4 Other *(Specify)*<br>☒ D2 Federal Capital Prosecution ☐ D7 State Clemency<br>☐ D3 28 U.S.C. § 2255 (Capital) ☐ D8 Federal Clemency | |

10. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*
18 U.S.C. 956(a)(1), 1114(1), 1182(a)(3)(B), 2332(b), 2332b, 2339C, 3551; 21 U.S.C. 960a; 22 USC 2656(d)(2)

11. ATTORNEY'S NAME *(First Name, M.I., Last Name, including any suffix),* AND MAILING ADDRESS

Jeffrey Pittell
Maher & Pittell, LLP
42-40 Bell Blvd, Ste 302
Bayside, NY 11361

Telephone Number: (516) 829-2299

13. NAME AND MAILING ADDRESS OF LAW FIRM *(Only provide per instructions)*

12. COURT ORDER:
☒ O Appointing Counsel           ☐ C Co-Counsel
☐ F Subs For Federal Defender    ☐ R Subs For Retained Attorney
☐ P Subs For Panel               ☐ Y Standby Counsel

Prior Attorney's Name: _____ Appointment Date: _____

(A) Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 11, who has been determined to possess the specific qualifications by law, is appointed to represent the person in this case.

(B) The attorney named in Item 11 is appointed to serve as:    ☐ LEAD COUNSEL    ☐ CO-COUNSEL

Name of Co-Counsel or Lead Counsel: _____ Appointment Date: _____

(C) If you represented the defendant or petitioner in any prior proceeding related to this matter, attach to your initial claim a listing of those proceedings and describe your role in each (e.g., lead in counsel or co-counsel).

☐ (D) Due to the expected length of this case, and the anticipated hardship on counsel in undertaking representation full-time, for such a period without compensation, interim payments of compensation and expenses are approved pursuant to the attached order.

/s/ Steven Tiscione
Signature of Presiding Judge or By Order of the Court

Date of Order: 4/1/2025      Nunc Pro Tunc Date: 7/17/2024

(E) Repayment or partial repayment ordered from the person represented for this service at time of appointment. ☐ YES ☐ NO

## CLAIM FOR SERVICES AND EXPENSES

14. STAGE OF PROCEEDING  Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 15 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the proceeding.

CAPITAL PROSECUTION
a. ☐ Pre-Trial
b. ☐ Trial
c. ☐ Sentencing
d. ☐ Other Post Trial
e. ☐ Appeal
f. ☐ Petition for the U.S. Supreme Court Writ of Certiorari

HABEAS CORPUS
g. ☐ Habeas Petition
gg. ☐ State Court Appearance
h. ☐ Evidentiary Hearing
i. ☐ Dispositive Motions
j. ☐ Appeal
k. ☐ Petition for the U.S. Supreme Court Writ of Certiorari

OTHER PROCEEDING
l. ☐ Stay of Execution
m. ☐ Appeal of Denial of Stay
n. ☐ Petition for Writ of Certiorari to the U.S. Supreme Court Regarding Denial of Stay
o. ☐ Other *(Specify)*
p. ☐ Clemency

### HOURS AND COMPENSATION CLAIMED | FOR COURT USE ONLY

| 15. CATEGORIES *(Attach itemization of services with dates)* | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| a. In-Court Hearings (RATE PER HOUR = $     ) | | 0.00 | | IN COURT TOTAL Category a | IN COURT TOTAL Category a |
| b. Interviews and Conferences with Client | | | | | |
| c. Witness Interviews | | | | | |
| d. Consultation with Investigators & Experts | | | | | 0.00 |
| e. Obtaining & Reviewing the Court Record | | | | | |
| f. Obtaining & Reviewing Documents and Evidence | | | | OUT OF COURT TOTAL Categories b-j | OUT OF COURT TOTAL Categories b-j |
| g. Consulting with Expert Counsel | | | | | |
| h. Legal Research and Writing | | | | | |
| i. Travel | | | | | 0.00 |
| j. Other *(Specify on additional sheets)* | | | | | |
| TOTALS: Categories b thru j (RATE PER HOUR =     ) | 0.00 | 0.00 | 0.00 | | |

CLAIM FOR TRAVEL AND EXPENSES *(Attach itemization of expenses with dates)*

| 16. Travel Expenses *(lodging, parking, meals, mileage, etc.)* | | | | | |
|---|---|---|---|---|---|
| 17. Other Expenses *(other than expert, transcripts, etc.)* | | | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | | 0.00 | | 0.00 | |

18. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE
FROM: _____ TO: _____

19. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION

20. CASE DISPOSITION

21. CLAIM STATUS   ☐ Final Payment   ☐ Interim Payment Number _____   ☐ Supplemental Payment

Have you previously applied to the court for compensation and/or reimbursement for this case? ☐ YES ☐ NO  If yes, were you paid? ☐ YES ☐ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment *(compensation or anything of value)* from any other source in connection with this representation? ☐ YES ☐ NO  If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney: *Steven Tiscione*    Date: 4/1/2025

### APPROVED FOR PAYMENT — COURT USE ONLY

| 22. IN COURT COMP. | 23. OUT OF COURT COMP. | 24. TRAVEL EXPENSES | 25. OTHER EXPENSES | 26. TOTAL AMT. APPROVED<br>$0.00 |
|---|---|---|---|---|
| 27. SIGNATURE OF THE PRESIDING JUDGE | | | DATE | 27a. JUDGE CODE |

[ Print ]   [ Save As... ]                                                                     [ Reset ]