The Law Office of James M. Branden
80 Bay Street Landing, Suite 7J
Staten Island, New York 10301
Tel. 212-286-0173
Fax 212-286-0495

May 8, 2025

Hon. Joan M. Azrack
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

    Re:   United States v. Henriquez, et al. (Fredy Ivan Jandres-Parada), Cr. Docket No. 20-577 (JMA)

Dear Judge Azrack:

    I represent Mr. Jandres-Parada, who is presently death-eligible, in the above-referenced matter. Just weeks ago, John Burke, Esq., was added to the defense team as learned counsel. A status conference is scheduled for Thursday, May 13, 2025, at 12:30. I write to request an adjournment of the conference until September 23, 2025, to allow Mr. Burke to meet with Mr. Jandres-Parada, review discovery, and coordinate steps further. I make this application with the consent of the government. Mr. Jandres-Parada consents to the exclusion of time under the Speedy Trial Act until September 23, 2025.

                                                   Respectfully submitted,

                                                   James M. Branden