The Law Office of James M. Branden
80 Bay Street Landing, Suite 7J
Staten Island, New York 10301
Tel. 212-286-0173
Fax 212-286-0495

December 1, 2025

Hon. Joan M. Azrack
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

Re:  United States v. Henriquez, et al. (Fredy Ivan Jandres-Parada), Cr. Docket No. 20-577 (JMA)

Dear Judge Azrack:

Along with John Burke, I represent Mr. Jandres-Parada in the above-referenced matter.  Mr. Burke is presently on trial in United States v. Larin, et al., 20 Cr. 228 (S-3) (LDH), which may continue through December.

As noted in my last letter (9/18), this is a very complicated matter in terms of the breadth and severity of the charges, Mr. Jandres-Parada's personal history, and evolving defense strategies. The defense still needs more time in an effort to sort all this out, to continue to review discovery and to prepare a mitigation submission.  We request an adjournment of tomorrow's status conference to a date in late January, 2026 (except 1/29/26).  Mr. Jandres-Parada consents to the adjournment and the exclusion of time of the Speedy Trial Act.  I make this request with the consent of the government.

Respectfully submitted,

James M. Branden